| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Christopher G. Cassie, Esq.<br>Keaveney Legal Group, LLC<br>1000 Maplewood Dr<br>Suite 202<br>Maple Shade, NJ 08052<br>800-219-0939<br>Fax : 856-282-1090<br>Email: ccassie@keaveneylegalgroup.com<br>In re:<br>    **Alfredo Sandoval**<br>    **Debtor.** | Case No.:   **21-19631-MBK**<br><br>Chapter:   **13**<br><br>Judge:   Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, __Amy J. Truss__ :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Christopher G. Cassie**, who represents **Alfredo Sandoval** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On __October 20, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    **Modified Plan**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:   __October 20, 2023__                                    __/s/ Amy J. Truss__
                                                                                    Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **US Trustee**<br>**US Dept of Justice**<br>**Office of the US Trustee**<br>**One Newark Center, Suite 2100**<br>**Newark, NJ 07102** | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Albert Russo**<br>**Standing Chapter 13 Trustee**<br>**CN 4853**<br>**Trenton, NJ 08650-4853** | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **U.S. Bank Trust National Association**<br>**Phillip Andrew Raymond, Esq.**<br>**McCalla Raymer Leibert Pierce LLC**<br>**420 Lexington Avenue**<br>**Suite 840**<br>**New York, NY 10170** | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Alfredo Sandoval**<br>**146 Jackson Ave.**<br>**Parlin, NJ 08859** | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **US Bank Trust, N.A.**<br>**Caliber Home Loans, Inc.**<br>**13801 Wireless Way**<br>**Oklahoma City, OK 73134** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  overnight mail<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

rev. 8/1/15
Best Case Bankruptcy