| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Christopher G. Cassie, Esq.<br>Keaveney Legal Group<br>1000 Maplewood Drive<br>Suite 202<br>Maple Shade, NJ  08052<br>Telephone: (856) 831-7119<br>Facsimile: (856) 282-1090<br>ccassie@keaveneylegalgroup.com<br>Attorney for Debtor | Order Filed on October 26, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Alfredo Sandoval<br><br>Debtor | Case No: 21-19631-MBK<br><br>Chapter:  Chapter 13<br><br>Judge:    Michael B. Kaplan |

### ORDER GRANTING PATRICIPATION IN HAF/ERMA PROGRAM

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: October 26, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Alfredo Sandoval |
| Case No.: | 21-19631-MBK |
| Caption of Order: | Order Approving Participation in HAF/ERMA Program |

This matter being brought before the court by Christoher G. Cassie, Esq., attorney for the debtor in the above-captioned matter, and upon due consideration of the papers and proofs submitted, and for good cause shown, it is hereby;

ORDERED THAT the debtor is permitted to participate in the New Jersey Emergency Rescue Mortgage Assistance (ERMA) Program in order to obtain federal Housing Assistance Funds to bring their mortgage with Fay Servicing current pre- and post- petition.