| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Christopher G. Cassie, Esq.<br>Keaveney Legal Group<br>1000 Maplewood Drive<br>Suite 202<br>Maple Shade, NJ  08052<br>Telephone: (856) 831-7119<br>Facsimile: (856) 282-1090<br>ccassie@keaveneylegalgroup.com<br>Attorney for Debtor | Order Filed on October 26, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>     Alfredo Sandoval<br><br>Debtor | Case No: 21-19631-MBK<br><br>Chapter:  Chapter 13<br><br>Judge:    Michael B. Kaplan |

### ORDER GRANTING PATRICIPATION IN HAF/ERMA PROGRAM

The relief set forth on the following pages, numbered two (2) through   __2__   is hereby **ORDERED**.

**DATED: October 26, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Alfredo Sandoval |
| Case No.: | 21-19631-MBK |
| Caption of Order: | Order Approving Participation in HAF/ERMA Program |

This matter being brought before the court by Christoher G. Cassie, Esq., attorney for the debtor in the above-captioned matter, and upon due consideration of the papers and proofs submitted, and for good cause shown, it is hereby;

ORDERED THAT the debtor is permitted to participate in the New Jersey Emergency Rescue Mortgage Assistance (ERMA) Program in order to obtain federal Housing Assistance Funds to bring their mortgage with Fay Servicing current pre- and post- petition.

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 21-19631-MBK
Alfredo Sandoval     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Oct 26, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alfredo Sandoval, 146 Jackson Ave., Parlin, NJ 08859-1582 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2023     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
    docs@russotrustee.com

Christopher G. Cassie
    on behalf of Debtor Alfredo Sandoval ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Phillip Andrew Raymond
    on behalf of Creditor U.S. Bank Trust National Association phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 26, 2023 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren D. Levy
    on behalf of Debtor Alfredo Sandoval atruss@keaveneylegalgroup.com
    r46514@notify.bestcase.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;atruss@KeaveneyLegalGroup.com;ccassie@KeaveneyLegalGroup.com

TOTAL: 7